# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMESSE GAMBLE,<br><br>        Petitioner,<br>   v.<br>CALIFORNIA STATE PRISON - CORCORAN,<br><br>        Respondent. | 1:08-CV-00877 GSA HC<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED ON AUGUST 11, 2008<br><br>[Doc. #5] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On August 11, 2008, this Court issued an Order directing Petitioner to show cause why the petition should not be dismissed for failing to comply with a court order. Specifically, Petitioner had failed to return the consent/decline form as ordered by the Court. On August 12, 2008, Petitioner did file a consent form.

   Accordingly, the August 11, 2008, Order to Show Cause is HEREBY VACATED.

   IT IS SO ORDERED.

   Dated:   **August 25, 2008**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE